UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND LP,
a Delaware limited partnership, in its separate
capacities as Asset Based Collateral Agent,
Tranche A Collateral Agent and Tranche B
Collateral Agent,

                              Plaintiff,

        v.

DEL CASTELLO GALLERY, INC. (f/k/a
MDC Vacuum Products Corporation), a California
Corporation, and MICHAEL DEL CASTELLO

                              Defendants.

08 Civ. 3044    (A KH)

**FRCP 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges

and magistrate judges of the Court to evaluate possible disqualification or recusal, undersigned

counsel for D.B. Zwirn Special Opportunities Fund, L.P. ("DBZ") hereby certifies:

    1. That DBZ has no corporate parent; and

    2. That no publicly held corporation owns 10% or more of DBZ's partnership

        interests.

Dated: March 25, 2008
        New York, New York

                              LATHAM & WATKINS LLP

                    By:  _____
                              George Royle V
                              885 Third Avenue
                              Suite 1000
                              New York, New York  10022-4802
                              (212) 906-1200
                              Attorneys for D.B. Zwirn Special
                              Opportunities Fund L.P.