AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND L.P.

    Plaintiffs,

V.

DEL CASTELLO GALLERY, INC. (f/k/a
MDC Vacuum Products Corporation) a
California Corporation, and
MICHAEL DEL CASTELLO

    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 3044

TO: (Name and address of Defendant)

Del Castello Gallery, Inc.
c/o Michael Del Castello
5401 S.E. Scenic Lane
Unit 104
Vancouver, WA 98661

Michael Del Castello
5401 S.E. Scenic Lane
Unit 104
Vancouver, WA 98661

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Royle V, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: MAR 2 5 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND L.P., <br><br> Plaintiff, <br> v. <br><br> DEL CASTELLO GALLERY, INC. (f/k/a MDC Vacuum Products Corporation), a California Corporation, and MICHAEL DEL CASTELLO, <br><br> Defendants. | 08 Civ. 3044 (AKH)(GWG) <br><br> **<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

　　　　JESSICA L. BENGELS, being duly sworn, deposes and says:

　　　　1.　　I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

　　　　2.　　On Tuesday, March 25, 2008, I served true and correct copies of a: (1) Summons in a Civil Action, dated 3/25/08; (2) Complaint, dated 3/25/08; (3) Civil Cover Sheet, dated 3/25/08; (4) FRCP 7.1 Statement, dated 3/25/08; and (5) Individual Practices of Judge Alvin K. Hellerstein and Magistrate Judge Gabriel W. Gorenstein, via Registered Mail, Return Receipt Requested, though the United States Postal Service, in accordance with the terms of Section 3.04 of the Seller Note and Put Option Subordination Agreement, dated 12/9/05, and Section 3.04 of the Consulting Fee Subordination Agreement, dated 12/9/05 (true and correct copies of which were attached as Exhibits 1 and 2 to the aforementioned complaint), upon:

　　　　　　　　　　Del Castello Gallery, Inc.
　　　　　　　　　　c/o Michael Del Castello
　　　　　　　　　　5401 S.E. Scenic Lane
　　　　　　　　　　Unit 104
　　　　　　　　　　Vancouver, WA 98661

　　　　　　　　　　- and -

　　　　　　　　　　Michael Del Castello
　　　　　　　　　　5401 S.E. Scenic Lane
　　　　　　　　　　Unit 104
　　　　　　　　　　Vancouver, WA 98661

by delivering and leaving same in an official depository of the United States Postal Service located at 885 Third Avenue, New York, N.Y. 10022.

_____
JESSICA L. BENGELS

Sworn to before me this
27th day of March, 2008

_____
Notary Public

JASON A. GROSSMAN
Notary Public, State of New York
No. 02GR6144344
Qualified in Suffolk County
Commission Expires April 24, 2010