```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,
a Delaware limited partnership, in it separate capacities
as Asset Based Collateral Agent, Tranche A Collateral
Agent and Tranche B Collateral Agent,

                         Plaintiff,

-against-

DEL CASTELLO GALLERY, INC. (f/k/a MDC
Vacuum Products Corporation), a California Corporation,
and MICHAEL DEL CASTELLO

                         Defendant.

---

08 CV 3044

NOTICE OF DISMISSAL
WITH PREJUDICE

TAKE NOTICE that Plaintiff D.B. Zwirn Special Opportunities Fund, L.P. dismisses this action with prejudice pursuant to Rule 41(a) (1) (i) of the Federal Rules of Civil Procedure; provided however that the Court shall retain jurisdiction of this matter to enforce the terms and provisions of that certain confidential Settlement Agreement between the parties, dated May 7, 2008, which shall survive the discontinuance of this action.

Dated: New York, New York
       May 12, 2008

LATHAM & WATKINS LLP

By: /s/ George Royle V
George Royle V
885 Third Avenue
New York, New York 1022
(212) 906-1200
Attorneys for D.B. Zwirn Special
Opportunities Fund L.P.

*[Handwritten annotation:]* The court declines to retain jurisdiction to enforce a non-public document.
6-17-08
*[signature]*